■ In the Matter of LISA L. LOMANTO, Respondent, v JEFFREY M. SCHNEIDER, Appellant. (Appeal No. 2.) [910 NYS2d 720]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered July 29, 2009 in a proceeding pursuant to Family Court Act article 4. The order, among other things, committed respondent to the Oneida County Jail.

It is hereby ordered that said order is unanimously dismissed without costs.

Same memorandum as in *Matter of Lomanto v Schneider* (78 AD3d 1536 [2010] [decided herewith]). Present—Scudder, P.J., Martoche, Centra, Fahey and Green, JJ.